## IN THE UNITED STATES DISTRICT COURT,
### DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| DONNA BLAKE, ) | |
| ) | Case # 4:09-cv-00379-BPV |
| Plaintiff, ) | |
| ) | Assigned Judge: Bernardo P. Velasco |
| v. ) | |
| ) | |
| REDLINE RECOVERY SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

DONNA BLAKE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, REDLINE RECOVERY SERVICES, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Ryan Lee
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

1